|   |   |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
|   | A Limited Liability Partnership |
| 2 | Including Professional Corporations |
|   | GREGORY F. HURLEY, Cal. Bar No. 126791 |
| 3 | BRADLEY J. LEIMKUHLER, Cal Bar No. 261024 |
|   | 650 Town Center Drive, 10th Floor |
| 4 | Costa Mesa, California 92626-1993 |
|   | Telephone: 714.513.5100 |
| 5 | Facsimile: 714.513.5130 |
|   | Email: ghurley@sheppardmullin.com |
| 6 | bleimkuhler@sheppardmullin.com |
| 7 | Attorneys for Defendant |
|   | JC RESORTS, LLC |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES RUTHERFORD, an individual, | Case No. 3:19-cv-00665-BEN-NLS |
| Plaintiff, | |
| v. | **DECLARATION OF GREGORY F. HURLEY IN SUPPORT OF DEFENDANT JC RESORTS, LLC'S MOTION FOR SUMMARY JUDGMENT** |
| JC RESORTS, LLC a Delaware limited liability company; and DOES 1 through 50 inclusive, | |
| Defendants. | Date: March 30, 2020 |
| | Time: 10:30 a.m. |
| | Dept.: 5A |
| | Judge: Hon. Roger T. Benitez |
| | Action Filed: February 27, 2019 |
| | Trial Date: None Set |

# DECLARATION OF GREGORY F. HURLEY

I, Gregory F. Hurley, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for Defendant, JC Resorts, LLC ("Defendant"). If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief. This declaration is submitted in support of Defendant's Motion For Summary Judgment ("Motion").

2. I conducted a PACER search in February 2020 to determine the number of disability access lawsuits that Plaintiff James Rutherford has filed in federal court. According to that search, Plaintiff has filed at least 454 disability access lawsuits in federal court in multiple districts across the United States. Upon information and belief, Plaintiff has also filed hundreds of disability access lawsuits in California state courts. Attached as Exhibit A is a true and correct copy of a print out from that PACER search.

3. Attached as Exhibit B is a true and correct copy of the Complaint filed in *The People of the State of California v. James Rutherford, et. al.*, Case No. RIC 1902577, filed in the Superior Court of California, County of Riverside.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 28th day of February, 2020, at Costa Mesa, California.

*/s/ Gregory F. Hurley*
Gregory F. Hurley

# CERTIFICATE OF SERVICE

I, Gregory F. Hurley, hereby certify that on February 28, 2020, true and correct copies of DECLARATION OF GREGORY F. HURLEY IN SUPPORT OF DEFENDANT JC RESORTS, LLC'S MOTION FOR SUMMARY JUDGMENT was served upon all counsel of record via the Court's Electronic Case Filing system.

/s/ *Gregory F. Hurley*
Gregory F. Hurley