# Exhibit C



# RANCHO BERNARDO INN

RESERVE   REGISTER   LOGIN   FIND RESERVATION

**ARRIVAL:** Aug 18, 2020  
**DEPARTURE:** Aug 24, 2020  
**ADULTS:** 2  
**KIDS:** 0  
**SPECIAL CODES:**  
**CODE:**  
[SEARCH]

SHOWING AVAILABILITY FOR HOTEL NOT GROUPS/BLOCK
- Available
- Minimum Stay
- Sold Out
- Current Selection
- Past Date or not known

Click a date to change arrival

**RESULTS FOR TUE. AUG. 18, 2020 TO MON. AUG. 24, 2020 (6 NIGHTS) FOR 2 ADULTS.**

KING | 2 QUEENS | ACCESSIBLE | ALL

## CLASICO KING-ACCESSIBLE
- Quaint and cozy room
- Partial garden views
- Convenient access to the spa, golf course, pools and many other amenities on property
- Roll-in shower, grab bars in both the tub and shower

| RATE NAME | AVG. NIGHTLY RATE | |
|---|---|---|
| *ADVANCE PURCHASE EXCLUSIVE | $244.00 | SELECT |
| *BEST AVAILABLE RATE | $304.00 | SELECT |
| 4TH NIGHT FREE/KIDS EAT FREE! | $253.33 | SELECT |
| AAA 15% OFF BEST AVAILABLE RATE | $259.00 | SELECT |
| ALL PLAY - NO PAY GOLF PACKAGE | $450.67 | SELECT |
| FAMILY FUN PACKAGE | $366.00 | SELECT |

## CLASICO 2 QUEENS-ACCESSIBLE
- Quaint and cozy room
- Partial garden views
- Convenient access to the spa, golf course, pools and many other amenities on property
- Roll-in shower, grab bars in both the tub and shower

| RATE NAME | AVG. NIGHTLY RATE | |
|---|---|---|
| *ADVANCE PURCHASE EXCLUSIVE | $260.00 | SELECT |
| *BEST AVAILABLE RATE | $324.00 | SELECT |
| 4TH NIGHT FREE/KIDS EAT FREE! | $270.00 | SELECT |
| AAA 15% OFF BEST AVAILABLE RATE | $276.00 | SELECT |

| | $324.00 | SELECT |
|---|---|---|
| ○ *BEST AVAILABLE RATE | | |
| ⊙ 4TH NIGHT FREE/KIDS EAT FREE! | $270.00 | SELECT |
| ⊙ AAA 15% OFF BEST AVAILABLE RATE | $276.00 | SELECT |
| ⊙ ALL PLAY - NO PAY GOLF PACKAGE | $470.67 | SELECT |
| ⊙ FAMILY FUN PACKAGE | $386.00 | SELECT |

### TERRAZA 2 QUEENS-ACCESSIBLE

- Spacious guest room with a private balcony or patio
- Convenient access to the spa, golf course, pools and many other amenities on property.
- Accessible tub, grab bars in both tub & shower

| RATE NAME | AVG. NIGHTLY RATE | |
|---|---|---|
| ⊙ *ADVANCE PURCHASE EXCLUSIVE | $292.00 | SELECT |
| ○ *BEST AVAILABLE RATE | $364.00 | SELECT |
| ⊙ 4TH NIGHT FREE/KIDS EAT FREE! | $303.33 | SELECT |
| ⊙ AAA 15% OFF BEST AVAILABLE RATE | $310.00 | SELECT |
| ⊙ ALL PLAY - NO PAY GOLF PACKAGE | $510.67 | SELECT |
| ⊙ FAMILY FUN PACKAGE | $426.00 | SELECT |

### SERENO 2 QUEENS-ACCESSIBLE

- Spacious guest room with a private balcony or patio
- Relaxing views of the many gardens and fountains throughout the property
- Convenient access to the spa, golf course, pools and many other amenities on property
- Accessible tub, grab bars in both tub and shower

| RATE NAME | AVG. NIGHTLY RATE | |
|---|---|---|
| ⊙ *ADVANCE PURCHASE EXCLUSIVE | $308.00 | SELECT |
| ○ *BEST AVAILABLE RATE | $384.00 | SELECT |
| ⊙ 4TH NIGHT FREE/KIDS EAT FREE! | $320.00 | SELECT |
| ⊙ AAA 15% OFF BEST AVAILABLE RATE | $327.00 | SELECT |
| ⊙ ALL PLAY - NO PAY GOLF PACKAGE | $530.67 | SELECT |
| ⊙ FAMILY FUN PACKAGE | $446.00 | SELECT |

### PRADO KING-ACCESSIBLE

- Spacious guest room with a private balcony or patio
- Picturesque views of the Inn's championship golf course
- Convenient access to the spa, golf course, pools and many other amenities on property
- Accessible tub, grab bars in both tub and shower

| RATE NAME | AVG. NIGHTLY RATE | |
|---|---|---|
| ⊙ *ADVANCE PURCHASE EXCLUSIVE | $309.33 | SELECT |
| ○ *BEST AVAILABLE RATE | $385.67 | SELECT |
| ⊙ 4TH NIGHT FREE/KIDS EAT FREE! | $321.67 | SELECT |
| ⊙ AAA 15% OFF BEST AVAILABLE RATE | $328.33 | SELECT |

- Accessible tub, grab bars in bath tub and shower

| | | |
|---|---|---|
| ○ *BEST AVAILABLE RATE | $385.67 | SELECT |
| ○ 4TH NIGHT FREE/KIDS EAT FREE! | $321.67 | SELECT |
| ○ AAA 15% OFF BEST AVAILABLE RATE | $328.33 | SELECT |
| ○ ALL PLAY - NO PAY GOLF PACKAGE | $532.33 | SELECT |
| ○ FAMILY FUN PACKAGE | $447.67 | SELECT |





**WINTER AT AVANT**

Celebrate at AVANT
Happy Hour, Daily, 4-6:30pm
Live Music, Friday-Saturday, 5:30-9:30pm

| learn more |

**SUNSET TRAVEL AWARDS 2016**

Finalist: Best Resorts for Families

| learn more |

**MADE FRESH DAILY TREATMENT**

Sweet Mint Indulgence
80-minute spa escape

| learn more |

## WE DELIVER *endless* STORIES BY BEING



We tell stories, we share stories, we listen and we help stories to unfold. We provide the backdrop; our guests fill in the blanks.



**THOUGHTFUL**
we're attentive...



**WARM**
we're inviting...





888.976.4417  SPECIALS & PACKAGES  STAY PLANNER  RESORT CLUB  GIFT CARDS  CONTACT US  book now

STAY  PLAY  MEET  WEDDINGS  DINE  SPA  GOLF  PHOTOS

# WE DELIVER *endless* STORIES BY BEING



We tell stories, we share stories, we listen and we help stories to unfold. We provide the backdrop; our guests fill in the blanks.



**THOUGHTFUL**
we're attentive...

**WARM**
we're inviting...



CONVERSATIONAL

## RANCHO BERNARDO INN

| | | | |
|---|---|---|---|
| STAY | DINE | CONTACT US | **JC RESORTS** *visit our family of resorts* |
| PLAY | SPA | PRIVACY POLICY | JC Resorts |
| MEET | GOLF | NEWS & MEDIA | Surf & Sand |
| WEDDINGS | PHOTOS | CAREERS | Scripps Inn |

need to make a reservation?
or call 888.976.4417

already have a reservation?
[log in now]

17550 Bernardo Oaks Dr
San Diego, CA 92128
[directions]

©2018 Rancho Bernardo Inn.
All rights reserved.



   

Document title: Rancho Bernardo Luxury Resort | Rancho Bernardo Inn
Capture URL: https://reservations.ranchobernardoinn.com/rbi/availability.asp?hotelCode=RBI&amp;rooms=1&amp;resv_property=rbi&amp;startDate=08%2F18%2F202...
Capture timestamp (UTC): Wed, 26 Feb 2020 18:34:20 GMT
Page 4 of 4