# Exhibit D



☎ 888.976.4417   SPECIALS & PACKAGES   STAY PLANNER   RESORT CLUB   GIFT CARDS   CONTACT US   book now

ABOUT   STAY   PLAY   MEET   WEDDINGS   DINE   SPA   GOLF   PHOTOS

form or our offerings, you may contact our concierge directly at 844.330.3855.

First Name*

Last Name*

Email*

Phone*

Arrival Date*

Departure Date*

Confirmation Number*

Are you celebrating a special occasion?   ○ Yes   ○ No

next

2019 CONDÉ NAST READERS' CHOICE AWARD

#5, Top Resorts in Southern California

| learn more |

2019 CONDÉ NAST READERS' CHOICE AWARD

#5, Top Resorts in Southern California

| learn more |

2019 CONDÉ NAST READERS' CHOICE AWARD

#5, Top Resorts in Southern California

| learn more |

RANCHO BERNARDO INN







...





