# Exhibit E





- [ ] Welcome Fido package
- [ ] Ground floor*
- [ ] Pet friendly room*
- [ ] Handicap accessible room and bathroom
- [ ] In-room Dining Amenities
- [ ] Bottle of House Wine [Red or White] — *fee associated*
- [ ] Turndown service

*subject to availability

[previous]   [next]



**2019 CONDÉ NAST READERS' CHOICE AWARD**
*#5, Top Resorts in Southern California*
| learn more |

**2019 CONDÉ NAST READERS' CHOICE AWARD**
*#5, Top Resorts in Southern California*
| learn more |

**2019 CONDÉ NAST READERS' CHOICE AWARD**
*#5, Top Resorts in Southern California*
| learn more |



## RANCHO BERNARDO INN

| | | | | |
|---|---|---|---|---|
| STAY | DINE | CONTACT US | **SIGN UP** *for exclusives* | **JC RESORTS** *visit our family of resorts* |
| PLAY | SPA | PRIVACY POLICY | Be the first to know about news and exclusive offers | select a property |
| MEET | GOLF | TERMS OF USE | | ©2020 Rancho Bernardo Inn. |
| NEWS & MEDIA | WEDDINGS | PHOTOS | sign up now > | All rights reserved. |
| CAREERS | ACCESSIBILITY STATEMENT | CREDIT CARD AUTHORIZATION FORM | | |

888.976.4417 | SPECIALS & PACKAGES | STAY PLANNER | RESORT CLUB | GIFT CARDS | CONTACT US | book now

ABOUT  STAY  PLAY  MEET  WEDDINGS  DINE  SPA  GOLF  PHOTOS

previous | next


**2019 CONDÉ NAST READERS' CHOICE AWARD**
*#5, Top Resorts in Southern California*
| learn more |


**2019 CONDÉ NAST READERS' CHOICE AWARD**
*#5, Top Resorts in Southern California*
| learn more |


**2019 CONDÉ NAST READERS' CHOICE AWARD**
*#5, Top Resorts in Southern California*
| learn more |

# RANCHO BERNARDO INN

| STAY | DINE | CONTACT US | **SIGN UP** *for exclusives* | **JC RESORTS** *visit our family of resorts* |
| PLAY | SPA | PRIVACY POLICY | Be the first to know about news and exclusive offers | select a property |
| MEET | GOLF | TERMS OF USE | | ©2020 Rancho Bernardo Inn. |
| NEWS & MEDIA | WEDDINGS | PHOTOS | sign up now > | All rights reserved. |
| CAREERS | ACCESSIBILITY STATEMENT | CREDIT CARD AUTHORIZATION FORM | | |

*need to make a reservation?*
book now
or call 888.976.4417

*already have a reservation?*
log in now

17550 Bernardo Oaks Dr
San Diego, CA 92128
directions



    

