# Exhibit F



Document title: San Diego Activities | Rancho Bernardo Inn
Capture URL: https://www.ranchobernardoinn.com/plan-your-stay
Capture timestamp (UTC): Wed, 26 Feb 2020 18:37:27 GMT







888.976.4417 | SPECIALS & PACKAGES | STAY PLANNER | RESORT CLUB | GIFT CARDS | CONTACT US | book now

ABOUT  STAY  PLAY  MEET  WEDDINGS  DINE  SPA  GOLF  PHOTOS

submit

previous





2019 CONDÉ NAST READERS' CHOICE AWARD
#5, Top Resorts in Southern California
| learn more |

2019 CONDÉ NAST READERS' CHOICE AWARD
#5, Top Resorts in Southern California
| learn more |

2019 CONDÉ NAST READERS' CHOICE AWARD
#5, Top Resorts in Southern California
| learn more |

# RANCHO BERNARDO INN

| STAY | DINE | CONTACT US | **SIGN UP** *for exclusives* | **JC RESORTS** *visit our family of resorts* |
| PLAY | SPA | PRIVACY POLICY | | |
| MEET | GOLF | TERMS OF USE | Be the first to know about news and exclusive offers | select a property |
| NEWS & MEDIA | WEDDINGS | PHOTOS | | ©2020 Rancho Bernardo Inn. |
| CAREERS | ACCESSIBILITY STATEMENT | CREDIT CARD AUTHORIZATION FORM | sign up now > | All rights reserved. |

*need to make a reservation?*

book now

or call 888.976.4417

*already have a reservation?*

log in now

17550 Bernardo Oaks Dr
San Diego, CA 92128

directions









