# Exhibit G



| SURF & SAND RESORT *Laguna, CA* | RANCHO BERNARDO INN *San Diego, CA* | SCRIPPS INN *La Jolla, CA* |

JC RESORTS

📞 888.976.4417 | SPECIALS & PACKAGES | STAY PLANNER | RESORT CLUB | GIFT CARDS | CONTACT US | *book now*

ABOUT  STAY  PLAY  MEET  WEDDINGS  DINE  SPA  GOLF  PHOTOS

# CONTACT US

Home | CONTACT US | Stay **SOCIAL**

## A UNIQUE *Southern California Experience*

At Rancho Bernardo Inn, we are dedicated to a simple but important mission:

"MAKING MEMORIES.  EVERY GUEST.  EVERY TIME.  We will treat everyone as lifelong friends.  That means impeccable service without stuffiness and attention to detail without stifling formality.  We revel in the unique and offer a customized approach."

### PLEASE USE THE FOLLOWING INFORMATION TO CONTACT US WITH ANY QUESTIONS OR REQUESTS YOU MAY HAVE.

**Rancho Bernardo Inn**
17550 Bernardo Oaks Drive
San Diego, CA 92128
Phone: 888.976.4417
Fax: 858.675.8501

**Rancho Bernardo Inn golf course**
Phone: 866.901.5547





[DRIVING DIRECTIONS]    [BOOK ONLINE]

### TO CONTACT A SPECIFIC DEPARTMENT, PLEASE CALL:

ABOUT  STAY  PLAY  MEET  WEDDINGS  DINE  SPA  GOLF  PHOTOS

## TO CONTACT A SPECIFIC DEPARTMENT, PLEASE CALL:

**Golf Pro Shop:** 866.901.5547
**AVANT:** 844.254.0013
**Veranda Fireside Lounge & Restaurant:** 844.338.9275
**Sales Department:** 844.306.6082
**Front Desk:** 844.338.9279
**The Spa & Fitness Center:** 844.338.9282
**Catering Department:** 844.338.9284

**Concierge:** 844.338.9278
**Human Resources:** 844.338.9280 rbijobs@jcresorts.com
**Weddings & Events:** rbiweddings@jcresorts.com
**General Inquiries:** ranchobernardoinn@jcresorts.com
**Resort Information:** ranchobernardoinn@jcresorts.com
**Accounting:** rbibilling@jcresorts.com
**Reservations:** 888.976.4417

## CONTACT US ONLINE

Please use the form below to contact us via email. Our staff will promptly respond to your message.

First Name: *
Last Name: *
Email: *
Phone Number:
Regarding: * Reservations
Arrival Date:
Departure Date:
Reservation Number:
Comments:

[ ] I'm not a robot — reCAPTCHA

SUBMIT



