UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD,<br><br>                           Plaintiff,<br><br>v.<br><br>JC RESORTS, LLC; and DOES 1-50, inclusive,<br><br>                           Defendants. | Case No.: 19cv665-BEN (NLS)<br><br>**ORDER VACATING MANDATORY SETTLEMENT CONFERENCE** |

A mandatory settlement conference ("MSC") is currently set in this case for March 30, 2020. ECF No. 8. Currently pending before the Court is Defendant's Motion for Summary Judgment. ECF No. 13. In light of this procedural posture, the Court **VACATES** the MSC, pending resolution of the motion for summary judgment. The parties are **ORDERED** to contact Chambers within **3 days** of a decision on the summary judgment motion to reset the mandatory settlement conference as necessary.

**IT IS SO ORDERED.**

Dated: March 17, 2020

Hon. Nita L. Stormes
United States Magistrate Judge