SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
BRADLEY J. LEIMKUHLER, Cal Bar No. 261024
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130
Email:    ghurley@sheppardmullin.com
          bleimkuhler@sheppardmullin.com

Attorneys for Defendant
JC RESORTS, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JC RESORTS, LLC a Delaware limited liability company; and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No. 3:19-cv-00665-BEN-NLS<br><br>**DECLARATION OF BRADLEY J. LEIMKUHLER IN SUPPORT OF REPLY IN SUPPORT OF DEFENDANT JC RESORTS, LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  March 30, 2020<br>Time:  10:30 a.m.<br>Dept.:  5A<br>Judge: Hon. Roger T. Benitez<br><br>Action Filed:  February 27, 2019<br>Trial Date:    None Set |

# DECLARATION OF BRADLEY J. LEIMKUHLER

I, Bradley J. Leimkuhler, declare as follows:

1.     I am an attorney duly admitted to practice before this Court.  I am an associate with Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for Defendant, JC Resorts, LLC ("Defendant").  If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.  This declaration is submitted in support of Defendant's Reply In Support of Motion For Summary Judgment.

2.     Attached to this Declaration as Exhibit A is a true and correct copy of excerpts of Plaintiff James Rutherford's responses and objections to Defendant's interrogatories Nos. 15 and 21 that were served on October 24, 2019.

3.     Attached to this Declaration as Exhibit B are true and correct copies of screenshots from Google Maps depicting the distance from the hotels Plaintiff identified in paragraph 17 of his declaration submitted in opposition to Defendant's Motion for Summary Judgment (Dkt. 14-1) to the Rancho Bernardo Inn.

4.     Attached to this Declaration as Exhibit C is a true and correct copy of a screenshot from Google Maps depicting the distance from the address of Plaintiff's home (as identified in his response to interrogatory No. 15) to the hotel he identified in paragraph 15 of his declaration submitted in opposition to Defendant's Motion for Summary Judgment (Dkt. 14-1).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 23rd day of March, 2020, at Newport Beach, California.

*/s/ Bradley J. Leimkuhler*
Bradley J. Leimkuhler

# CERTIFICATE OF SERVICE

I, Gregory F. Hurley, hereby certify that on March 23, 2020, true and correct copies of DECLARATION OF BRADLEY J. LEIMKUHLER IN SUPPORT OF REPLY IN SUPPORT OF DEFENDANT JC RESORTS, LLC'S MOTION FOR SUMMARY JUDGMENT was served upon all counsel of record via the Court's Electronic Case Filing system.

/s/ *Gregory F. Hurley*
Gregory F. Hurley