# Exhibit A

Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
Fax: (866) 843-8308
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff JAMES RUTHERFORD

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual<br><br>Plaintiff,<br><br>v.<br><br>JC RESORTS, LLC, a Delaware limited liability company; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 3:19-cv-00665-BEN-NLS<br><br>**PLAINTIFF JAMES RUTHERFORD'S RESPONSES TO DEFENDANT'S INTERROGATORIES** |

PROPOUNDING PARTY:          JC RESORTS, LLC

RESPONDING PARTY:          JAMES RUTHERFORD

SET NUMBER:          ONE

**INTERROGATORY NO. 15**

IDENTIFY the address(es) of YOUR residence(s) for the last ten years.

    **RESPONSE NO. 15**

    Plaintiff objects to this Interrogatory as overly broad, unduly burdensome, vague, and ambiguous as it is not properly narrowed or limited in time or in scope. Plaintiff objects to this request as it seeks information that is disproportionate to the needs of the case as defined by Rule 26(b)(1).   Subject to and without waiving said objections, Plaintiff responds as follows:

    Current address is: Chandra Lane, Rancho Mirage, CA 92270

    Prior address was: 1073 Bonita Drive, Park Ridge, IL 60068.

**INTERROGATORY NO. 16**

    Describe with particularity YOUR disability, the date YOUR disability began, and how it limits a major life activity.

**RESPONSE NO. 16**

    Plaintiff objects to this Interrogatory as overly broad, unduly burdensome, vague, and ambiguous as it is not properly narrowed or limited in time or in scope. Plaintiff objects that this request is compound. Plaintiff objects to this request as it seeks information that is disproportionate to the needs of the case as defined by Rule 26(b)(1).   Subject to and without waiving said objections, Plaintiff responds as follows:

    Plaintiff's disability began in approximately 2013. He has spinal stenosis aggravated by a herniated disc. He also has an arthritic condition in his thumbs, which interferes with his ability to grab, twist, and turn objects. As a result of his physical impairments, he is substantially limited in performing one or more major life activities, including but not limited to: walking, standing, sleeping, ambulating, and/or sitting. He uses a mobility device, including when necessary, a rollator walker or wheelchair. He is further substantially limited in performing one or more other major life activities. He is also a holder of a Disabled Person Parking Placard.

MANNING LAW, APC

---

**PLAINTIFF'S RESPONSES TO DEFENDANT'S INTERROGATORIES**

possession, custody or control.  Plaintiff objects on the basis that this interrogatory is duplicative and designed to harass and annoy Plaintiff.

**INTERROGATORY NO. 20**

IDENTIFY each date YOU visited the HOTEL, including identification of all parties who may have been present on particular date and the purpose of YOUR visit.

**RESPONSE NO. 20**

Plaintiff incorporates the Preliminary Statement and General Objections as though fully stated herein. Plaintiff objects to this request as overly broad, unduly burdensome, vague, and ambiguous as it is not properly narrowed in scope. This Request is overbroad, burdensome, harassing, requests documents completely unrelated and irrelevant to this lawsuit.  Therefore, Defendant seeks to expand discovery beyond what is proportional to the needs of this case and the burden to Plaintiff of the proposed discovery outweighs its likely benefit as defined by Rule 26(b)(1). Plaintiff objects to this request to the extent that it seeks discovery of documents beyond what are available from a reasonable search of Plaintiff's files likely to contain relevant or responsive documents.  Plaintiff objects to this request to the extent it purports to require Plaintiff to produce documents beyond those in his possession, custody or control.  Plaintiff objects on the basis that this interrogatory is duplicative and designed to harass and annoy Plaintiff.

Subject to and without waiving said objections, Plaintiff responds as follows: Based Plaintiff's understanding of the Interrogatory, Plaintiff experienced significant barriers on the Website while he visited the website on January 10, 2019.

**INTERROGATORY NO. 21**

IDENTIFY all hotels YOU have visited in San Diego County within the past 2 years and the dates of YOUR visits.

**RESPONSE NO. 21**

Plaintiff incorporates the Preliminary Statement and General Objections as though fully stated herein. Plaintiff objects to this request as overly broad, unduly

burdensome, vague, and ambiguous as it is not properly narrowed in scope. This Request is overbroad, burdensome, harassing, requests documents completely unrelated and irrelevant to this lawsuit.   Therefore, Defendant seeks to expand discovery beyond what is proportional to the needs of this case and the burden to Plaintiff of the proposed discovery outweighs its likely benefit as defined by Rule 26(b)(1). Plaintiff objects to this request to the extent that it seeks discovery of documents beyond what are available from a reasonable search of Plaintiff's files likely to contain relevant or responsive documents.  Plaintiff objects to this request to the extent it purports to require Plaintiff to produce documents beyond those in his possession, custody or control.  Plaintiff objects on the basis that this interrogatory is duplicative and designed to harass and annoy Plaintiff.

Dated: October 23, 2019          **MANNING LAW, APC**

By: _____

Joseph R. Manning Jr., Esq.
Attorneys for Plaintiff

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

## PLAINTIFF'S VERIFICATION

I, JAMES RUTHERFORD, hereby verify that the foregoing responses to Defendant's Requests for Production, Set One and Defendant's Special Interrogatories, Set One propounded on me are true and correct.

Date : 10-23-19

_____
JAMES RUTHERFORD