SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
BRADLEY J. LEIMKUHLER, Cal Bar No. 261024
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130
Email: ghurley@sheppardmullin.com
       bleimkuhler@sheppardmullin.com

Attorneys for Defendant
JC RESORTS, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JC RESORTS, LLC a Delaware limited liability company; and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No. 3:19-cv-00665-BEN-NLS<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date: March 30, 2020<br>Time: 10:30 a.m.<br>Dept.: 5A<br>Judge: Hon. Roger T. Benitez<br><br>Action Filed: February 27, 2019<br>Trial Date: None Set |

1  Defendant JC Resorts, LLC ("Defendant") hereby submits this notice of
2  supplemental authority in support of its Motion for Summary Judgment that is fully
3  briefed and has been taken under submission by the Court. (Dkt. 13).
4  Attached to this notice as Exhibit A is a true and correct copy of an order in
5  the matter of *Brooke v. IA Lodging Santa Clara LLC*, 2020 WL 3833287, Case No.
6  19-cv-07558-NC (N.D. Cal. July 8, 2020). In this opinion, the Court dismissed
7  nearly identical claims that are presented in this matter.

Dated: July 10, 2020

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   /s/ *Gregory F. Hurley*
     GREGORY F. HURLEY

     Attorneys for Defendant
     JC RESORTS, LLC

# CERTIFICATE OF SERVICE

I, Gregory F. Hurley, hereby certify that on July 10, 2020, true and correct copies of NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT was served upon all counsel of record via the Court's Electronic Case Filing system.

/s/ *Gregory F. Hurley*
Gregory F. Hurley