# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **Southern District of California**

U.S. District Court case number: **19-cv-00665-BEN-NLS**

Date case was first filed in U.S. District Court: **04/09/2019**

Date of judgment or order you are appealing: **07/23/2020**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes  ◯ No  ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

James Rutherford

Is this a cross-appeal? ◯ Yes  ⦿ No

If Yes, what is the first appeal case number? 

Was there a previous appeal in this case? ◯ Yes  ⦿ No

If Yes, what is the prior appeal case number? 

Your mailing address:

20062 S.W. Birch St., Suite 200

City: Newport Beach   State: CA   Zip Code: 92660

Prisoner Inmate or A Number (if applicable): 

**Signature** /s/ Joseph R. Manning, Jr.   **Date** Aug 24, 2020

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 1**   *Rev. 12/01/2018*