# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

James Rutherford, an individual

Name(s) of counsel (if any):

Joseph R. Manning, Jr.

Address: 20062 S.W. Birch St., Suite 200

Telephone number(s): (949) 200-8757

Email(s): disabilityrights@manninglawoffice.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ⦿ Yes   ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

JC Resorts, LLC, a Delaware Limited Liability Company

Name(s) of counsel (if any):

Gregory Francis Hurley

Address: 650 Town Center Drive, 4th Floor

Telephone number(s): (714) 513-5100

Email(s): ghurley@sheppardmullin.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*