UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| **FILED** | |
| AUG 25 2020 | |
| MOLLY C. DWYER, CLERK U.S. COURT OF APPEALS | |

---

JAMES RUTHERFORD, an individual,

           Plaintiff - Appellant,

v.

JC RESORTS, LLC, a Delaware
limited liability company,

           Defendant - Appellee.

No. 20-55878

D.C. No. 3:19-cv-00665-BEN-NLS
U.S. District Court for Southern
California, San Diego

**TIME SCHEDULE ORDER**

The parties shall meet the following time schedule.

| **Tue., September 1, 2020** | Appellant's Mediation Questionnaire due. If your registration for Appellate CM/ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
|---|---|
| **Fri., October 23, 2020** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |
| **Mon., November 23, 2020** | Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellee's brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: John Brendan Sigel
Deputy Clerk
Ninth Circuit Rule 27-7